# United States Bankruptcy Court
## Northern District of Ohio

In re **Christopher Frank Paxos**                                           Case No. _____
                                       Debtor(s)                           Chapter **11**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Christopher Frank Paxos**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **May 3, 2012**                        Signature  **/s/ Christopher Frank Paxos**
                                                       **Christopher Frank Paxos**
                                                       Debtor