B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Christopher Frank Paxos**                                 ,       Case No.   **12-61280**

                                           Debtor         Chapter          **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 375,000.00 | | |
| B - Personal Property | Yes | 3 | 17,846.62 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 7,686,362.08 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 2,517,244.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 18,020.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 392,846.62 | | |
| Total Liabilities | | | | 10,203,606.88 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Christopher Frank Paxos** _____,     Case No. ___**12-61280**___

                   Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  __Christopher Frank Paxos_____,  Case No. __12-61280_____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **House and Lot**<br>**7237 Brycewood Circle NW**<br>**Jackson Township, Stark County, Ohio**<br>**Situated in the Township of Jackson, County of**<br>**Stark and State of Ohio:**<br>**And known as and being Lot No.5 in Mcadowlands**<br>**No.1 as set forth in Volume .57, Page 145 and 146 of**<br>**the Stark County Plat Records.**<br>**Parcel No. 1618681** | **Joint tenant** | **-** | **375,000.00** | **7,680,307.08** |

|  |  |
|---|---|
| Sub-Total > | **375,000.00**  (Total of this page) |
| Total > | **375,000.00** |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Christopher Frank Paxos**                            ,    Case No.    **12-61280**
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 8/22/2010 Judgment Lien House and Lot 7237 Brycewood Circle NW Jackson Township, Stark County, Ohio Situated in the Township of Jackson, County of Stark and State of Ohio: And known as and being Lot No.5 in | | | | | |
| Comerica Bank 500 Woodward Ave. Detroit, MI 48275 | X | - | | | | | | X | | |
| | | | | | Value $       **750,000.00** | | | | 6,434,616.34 | 6,434,616.34 |
| Account No. | | | | | 8/22/10 Judgment Lien House and Lot 7237 Brycewood Circle NW Jackson Township, Stark County, Ohio Situated in the Township of Jackson, County of Stark and State of Ohio: And known as and being Lot No.5 in | | | | | |
| Comerica Bank 500 Woodward Ave. Detroit, MI 48275 | X | - | | | | | | X | | |
| | | | | | Value $       **750,000.00** | | | | 109,011.79 | 109,011.79 |
| Account No. **xxxxxx6922** | | | | | Opened 11/01/05   Last Active  8/18/10 Purchase Money Security 2006 Porsce Cayenne 124,000 mi --kbb.com trade value less repair-- transmission issues ($5k repair) | | | | | |
| Huntington Natl Bk Po Box 89424 Cleveland, OH 44101 | | - | | | | | | | | |
| | | | | | Value $       **12,900.00** | | | | 6,055.00 | 0.00 |
| Account No. **4080** | | | | | 2/11/2011 Judgment Lien House and Lot 7237 Brycewood Circle NW Jackson Township, Stark County, Ohio Situated in the Township of Jackson, County of Stark and State of Ohio: And known as and being Lot No.5 in | | | | | |
| Tennessee Commerce Bank 381 Mallory Station Rd, Suite 105 Franklin, TN 37067-8264 | X | - | | | | | | X | | |
| | | | | | Value $       **750,000.00** | | | | 22,288.95 | 22,288.95 |

   **1**   continuation sheets attached

Subtotal                                   **6,571,972.08**        **6,565,917.08**
(Total of this page)

In re **Christopher Frank Paxos** _____, Case No. ___**12-61280**___

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | | |
| Account No. **xxxxxxxxxxxx1998** | | | | | | Opened 9/01/07 Last Active 10/15/10 Second Mortgage House and Lot 7237 Brycewood Circle NW Jackson Township, Stark County, Ohio Situated in the Township of Jackson, County of Stark and State of Ohio: And known as and being Lot No.5 in | | | | | |
| **Wells Fargo Bank Nv Na** **Wells Fargo Card Services** **Po Box 9210** **Des Moines, IA 50306** | | | - | | | | | | | | |
| | | | | | | Value $                    **750,000.00** | | | | **249,824.00** | **249,824.00** |
| Account No. **xxxxxxxx5518** | | | | | | Opened 4/11/06 Last Active 10/27/09 First Mortgage House and Lot 7237 Brycewood Circle NW Jackson Township, Stark County, Ohio Situated in the Township of Jackson, County of Stark and State of Ohio: And known as and being Lot No.5 in | | | | | |
| **Wells Fargo Hm Mortgag** **7255 Baymeadows Wa** **Des Moines, IA 50306** | | | - | | | | | | | | |
| | | | | | | Value $                    **750,000.00** | | | | **864,566.00** | **114,566.00** |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,114,390.00 | 364,390.00 |
| Total (Report on Summary of Schedules) | 7,686,362.08 | 6,930,307.08 |

11/19/12  4:54PM

In re   **Christopher Frank Paxos**                                                    ,   Case No.   **12-61280**
                                                   Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxxxx-x1007 <br><br> **American Express** <br> **P.O. Box 1270** <br> **Newark, NJ 07101-1270** | X | | **Credit Card - PPC, Inc.** | | | | **10,000.00** |
| Account No. xxxx3837 <br><br> **Asset Acceptance Llc** <br> **Attn: Bankruptcy** <br> **Po Box 2036** <br> **Warren, MI 48090** | | - | **Opened 10/01/10 FactoringCompanyAccount First Bankcard/ First Bankcard** | | | | **2,910.00** |
| Account No. xxxxxxxxxxx4149 <br><br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | - | **Opened  8/01/05  Last Active  1/07/11 CreditCard** | | | | **25,808.00** |
| Account No. xxxxxxxxx6040 <br><br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | - | **Opened 11/01/07  Last Active  1/07/11 CheckCreditOrLineOfCredit** | | | | **22,968.00** |

_**5**__   continuation sheets attached

Subtotal
(Total of this page)

**61,686.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Christopher Frank Paxos**                                              ,        Case No.   **12-61280**
                                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxxxx3023** | | | | | **Opened 2/01/07 Last Active 1/07/11 CreditCard** | | | | |
| **Bank Of America Po Box 17054 Wilmington, DE 19850** | | - | | | | | | | |
| | | | | | | | | | **3,615.00** |
| Account No. **xxxxxxxx5901** | | | | | **Lease** | | | | |
| **BB&T Leasing Corp 2713 Forest Hills Rd. Wilson, NC 27893** | X | - | | | | | | | |
| | | | | | | | | | **46,246.47** |
| Account No. **1562** | | | | | **Dues** | | | | |
| **Brookside Country Club 1800 Canton Ave NW Canton, OH 44708** | | | | | | | | | |
| | | | | | | | | | **5,301.34** |
| Account No. | | | | | **2010 Court Costs** | | | | |
| **Canton Municipal Court P.O. Box 24218 Canton, OH 44701-4218** | | - | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Court Costs** | | | | |
| **Carroll County Common Pleas Clerk of Court - Civil 119 S Lisbon St, Ste 400 Carrollton, OH 44615** | | - | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __1__ of __5__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)         **55,162.81**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Christopher Frank Paxos** _____ , Case No. ___**12-61280**___
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **FIA Card Services** 655 Papermill Rd Newark, DE 19711 | - | | | | Unknown Unknown collection for Bank of Am | | | | Unknown |
| Account No. **xxx4825** **Fidelity Properties In** Po Box 2055 Alliance, OH 44601 | - | | | | Opened 4/01/08 CollectionAttorney N Canton Medical Foundation | | | | 518.00 |
| Account No. **xxx2262** **Fidelity Properties In** Po Box 2055 Alliance, OH 44601 | - | | | | Opened 8/01/09 CollectionAttorney Oh Hosp Based Phys Corp Anes | | | | 206.00 |
| Account No. **xxx9304** **Fidelity Properties In** Po Box 2055 Alliance, OH 44601 | - | | | | Opened 12/01/10 CollectionAttorney Aultman Hospital | | | | 95.00 |
| Account No. **xxx6140** **Fidelity Properties In** Po Box 2055 Alliance, OH 44601 | - | | | | Opened 9/01/10 CollectionAttorney Aultman Hospital # | | | | 90.00 |

Sheet no. __**2**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **909.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Christopher Frank Paxos**                                                , Case No. __12-61280__
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx9168**<br><br>**Fidelity Properties In**<br>**Po Box 2055**<br>**Alliance, OH 44601** | - | | | **Opened 12/01/10**<br>**CollectionAttorney Aultman Hospital** | | | | **58.00** |
| Account No. **365**<br><br>**Glenmoor Country Club**<br>**4191 Glenmoor Rd. NW**<br>**Canton, OH 44718** | | | | **Dues** | | | | **15,487.79** |
| Account No. **x8126**<br><br>**Hahn Loeser & Parks**<br>**200 Public Square, Suite 2800**<br>**Cleveland, OH 44114-2316** | X | | | **Personal Guarantee - Precision Powder Coating, Inc.** | | | | **164,627.92** |
| Account No.<br><br>**Massillion Municipal Court**<br>**Two James Duncan Plaza S.E.**<br>**Massillon, OH 44646-6690** | - | | | **2010**<br>**Court Costs** | | | | **Unknown** |
| Account No. **xx002Y**<br><br>**Miracle Solutions Inc**<br>**355 Park Ave. West**<br>**Mansfield, OH 44906** | X | - | | **Precision Powder Coating, Inc. Temp Services** | X | X | X | **78,752.66** |

Sheet no. __3__ of __5__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)          **258,926.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Christopher Frank Paxos**                                    ,    Case No.   **12-61280**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal Loan | | | | |
| **Myron Cybyk** **1878 Sedro Street** **Cuyahoga Falls, OH 44221** | | | | | | | | 30,000.00 |
| Account No. **xxxx4429** | | | | Personal Guarantee - Precision Powder Coating, Inc. | | | | |
| **National City Bank** **1 Cascade Plaza** **Akron, OH 44308** | X | | | | | | | 324,090.00 |
| Account No. | | | | Personal Loan | | | | |
| **Nick Paxos** **1524 Eagle Watch NE** **North Canton, OH 44721** | | | | | | | | 572,000.00 |
| Account No. | | | | Personal Loan | | | | |
| **Robert & Marian Manns** **6576 Danforth Circle NW** **Canton, OH 44718** | | | | | | | | 120,000.00 |
| Account No. | | | | Breach of Lease Claim | | | | |
| **Spirit SPE Portfolio 2007-1 LLC** **Spirit Finance Corp** **14631 N Scottsdale Rd** **Scottsdale, AZ 85260-7024** | X | - | | | | | X | 1,075,187.62 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,121,277.62**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Christopher Frank Paxos**                                        ,     Case No.   **12-61280**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | Court Costs | | | | |
| **Stark County Common Pleas Clerk-Civil 115 Central Plaza N. Suite 101 Canton, OH 44702** | - | | | | | | | | | **Unknown** |
| Account No. **xxxx5089** | | | | | | 05 Pro Tech Security | | | | |
| **Trnswrld Sys 2235 Mercury Way Ste 275 Santa Rosa, CA 95407** | - | | | | | | | | | **694.00** |
| Account No. **xxxxxxxxxxx1905** | | | | | | Opened 10/01/06  Last Active 12/10/10 CheckCreditOrLineOfCredit | | | | |
| **Wells Fargo Business D Po Box 29482 Phoenix, AZ 85038** | - | | | | | | | | | **18,589.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet no. __5___ of __5___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **19,283.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **2,517,244.80** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Christopher Frank Paxos**                                               Case No.  **12-61280**

                                          Debtor(s)                            Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **21**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 9, 2012**                        Signature  **/s/ Christopher Frank Paxos**

                                                                     **Christopher Frank Paxos**

                                                                     Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy