TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED:

10/31/13

IN RE: : CASE NO.: **12-61280**
: Chapter 11
: Judge: **Kendig**
**Christopher Frank Paxos**
**Debtor** :
:

As debtor in possession, I affirm:

1.

| | | |
|---|---|---|
| _____ | Operating Statement | (Form 2) |
| _____ | Balance Sheet | (Form 3) |
| _____ | Summary of Operations | (Form 4) |
| _____ | Monthly Cash Statement | (Form 5) |
| _____ | Statement of Compensation | (Form 6) |
| X | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting
practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance,
as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation) **YES__X____    NO_____**

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating
Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation) **YES__X____    NO_____**

4. No professional fees (attorney, accountant, etc.) have been paid without specific
court authorization.
(If not, attach a written explanation) **YES__X____    NO_____**

5. All United States Trustee Quarterly fees have been paid and are current.
**YES__X____    NO_____**

6.

(If not, attach a written explanation) **YES_____    NO__X____**

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents
is true and correct.

/S/ Christopher Frank Paxos
Dated:        11/20/2013            **Debtor in Possession**

Dated: 11/20/2013                   _____   _____
                                        **Title**          **Phone**

FORM 1

MONTHLY CASH STATEMENT
Period Ending: 10/31/13

**Cash Activity Analysis (Cash Basis Only):**  Case No: 12-61280

|   |   | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | $ 10,875.77 | | | | |
| B. | Receipts (Attach separate schedule) | $ 10,045.27 | | | | |
| C. | Balance Available (A + B) | $ 20,921.04 | | | | |
| D. | Less Disbursements (Attach separate schedule) | $ 16,618.12 | | | | |
| E. | ENDING BALANCE (C - D) | $ 4,302.92 | | | | |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

**General Account:**
 1. Depository Name & Location    Huntington National Bank - Massillon, Ohio
 2. Account Number    02030582839

**Payroll Account:**
 1. Depository Name & Location
 2. Account Number

**Tax Account:**
 1. Depository Name & Location
 2. Account Number

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

Date:    11/20/2013

/S/ Christopher Frank Paxos
**Debtor in Possession**

FORM 5

## SCHEDULE OF IN-FORCE INSURANCE

**Period Ending:** October 31, 2013

Case No: 12-61280

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Auto Insurance | **Fireman's Fund Insurance** | **5/16/14** |

/S/ Christopher Frank Paxos
**Debtor in Possession**

**Dated: 11/20/2013**

FORM 7

# Christopher F. Paxos - Debtor In Possession
# Deposit Detail
## October 2013

| Date | Transaction Type | Num | Client | Clr | Amount |
|---|---|---|---|---|---|
| 10/11/2013 | Deposit | | Scidera, Inc. | R | 5,022.64 |
| 10/25/2013 | Deposit | | Scidera, Inc. | R | 5,022.63 |

# Christopher F. Paxos - Debtor In Possession
# Check Detail
### October 2013

| Date | Transaction Type | Name | Clr | Amount |
|---|---|---|---|---|
| 10/01/2013 | | Maggiores Drive Thru | R | -25.86 |
| 10/01/2013 | | Jackson Local Schools | R | -333.22 |
| 10/01/2013 | | Dominion East Ohio | R | -151.48 |
| 10/01/2013 | | Gregory And Son | R | -878.62 |
| 10/01/2013 | | Leslie Paxos | R | -1,233.00 |
| 10/03/2013 | | 356th Fighter Group | R | -167.37 |
| 10/03/2013 | | Circle K | R | -27.40 |
| 10/07/2013 | | Marathon Petroleum | R | -33.82 |
| 10/07/2013 | | Sheetz | R | -78.00 |
| 10/07/2013 | | Circle K | R | -39.23 |
| 10/07/2013 | | panera bread | R | -28.44 |
| 10/07/2013 | | Circle K | R | -33.75 |
| 10/08/2013 | | Longhorn | R | -30.74 |
| 10/08/2013 | | Rocknes Pub | R | -7.23 |
| 10/08/2013 | | Starbucks | R | -6.10 |
| 10/08/2013 | | DrugMart | R | -35.71 |
| 10/08/2013 | | Lucky Star | R | -85.35 |
| 10/10/2013 | | Jackson Local Schools | R | -304.07 |
| 10/10/2013 | | Giant Eagle | R | -23.69 |
| 10/15/2013 | | Circle K | R | -31.89 |
| 10/15/2013 | | Starbucks | R | -6.10 |
| 10/15/2013 | | Steak Escape | R | -23.45 |
| 10/15/2013 | | Sams Club | R | -591.76 |
| 10/15/2013 | | Starbucks | R | -8.70 |
| 10/15/2013 | | Ohio Edison | R | -369.97 |
| 10/15/2013 | | Leslie Paxos | R | -1,248.00 |
| 10/16/2013 | | Aqua Ohio | R | -157.85 |
| 10/17/2013 | | BP Gas | R | -23.80 |
| 10/18/2013 | | Press Plus | R | -9.99 |
| 10/21/2013 | | Circle K | R | -36.96 |

| Date | Transaction Type | Name | Clr | Amount |
|---|---|---|---|---|
| 10/21/2013 | | IHOP | R | -105.14 |
| 10/21/2013 | | Gaint Eagle | R | -92.00 |
| 10/21/2013 | | Starbucks | R | -9.35 |
| 10/21/2013 | | Circle K | R | -33.55 |
| 10/28/2013 | | Dads Car Wash | R | -15.54 |
| 10/28/2013 | | Steak Escape | R | -19.88 |
| 10/28/2013 | | Walgreens | R | -48.87 |
| 10/28/2013 | | BP Gas | R | -23.80 |
| 10/29/2013 | | Kidney & Hypertension Center | R | -25.62 |
| 10/29/2013 | | Dominion East Ohio | R | -180.86 |
| 10/29/2013 | | Fred Schwieg | R | -5,000.00 |
| 10/30/2013 | | Maggiores Drive Thru | R | -25.86 |
| 10/31/2013 | | Starbucks | R | -6.10 |
| 10/31/2013 | | Krugliak | R | -5,000.00 |

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



CHRISTOPHER PAXOS
7237 BRYCEWOOD CIR NW
NORTH CANTON OH 44720-6388

*Have a Question or Concern?*

Stop by your nearest Customer
Huntington office or   Information
contact us at:         Privacy Notice

1-800-480-BANK (2265)

www.huntington.com

## Asterisk-Free Checking Account          Account: 02030582839

Statement Activity From:
10/08/13 to 11/04/13

| | |
|---|---:|
| **Beginning Balance** | $7,845.58 |
| Credits (+) | 10,045.27 |
| Debits (-) | 15,240.61 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$2,650.24** |
| Average Balance | 9,549.45 |
| Low Balance | 2,650.24 |

## Deposit / Credit Activity (+)          Account: 02030582839

| Date | Description | Amount |
|---|---|---:|
| 10/11 | Payroll PAY Oct 11 12585170 | 5,022.64 |
| 10/25 | Payroll PAY Oct 25 12585170 | 5,022.63 |

## Check Activity (-)          Account: 02030582839

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---|---:|---|---|---|---|
| 516S | 5,000.00 | 10/31 | | | |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.  ©2013 Huntington Bancshares Incorporated.



## *Debit Card / POS Activity (-)*     *Account: 02030582839*

| Date | Description | Amount |
|---|---|---:|
| 10/08 | NON-PIN PURCHASE LONGHORN STEAK0 6626 STRIP AVE NORTH CANTON OH 5175451030542917 | 30.74 |
| 10/08 | NON-PIN PURCHASE ROCKNES PUB JA 5000 PORTAGE ST NORTH CANTON OH 5175451030542917 | 7.23 |
| 10/08 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 10/08 | NON-PIN PURCHASE DISCOUNT DRUG M 4925 PORTAGE ST NW NORTH CANTON OH 5175451030542917 | 35.71 |
| 10/08 | NON-PIN PURCHASE LUCKY STAR EXPR 1973 E Maple St NORTH CANTON OH 5175451030542917 | 85.35 |
| 10/10 | NON-PIN PURCHASE JACKSON LOCAL S 7984 FULTON DR NW 330-830-8002 OH 5175451030542917 | 304.07 |
| 10/10 | NON-PIN PURCHASE GIANT #445 3525 WALES AVE NW MASSILLON OH 5175451030542917 | 23.69 |
| 10/15 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 31.89 |
| 10/15 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 10/15 | NON-PIN PURCHASE STEAK ESCAPE OF 4244 BELDEN VILLAG CANTON OH 5175451030542917 | 23.45 |
| 10/15 | PIN PURCHASE SAMSCLUB #6317 4790 PORTAGE ST US4790 CANTON OH 5175451030542917 | 591.76 |
| 10/16 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 8.70 |
| 10/17 | NON-PIN PURCHASE BP 5467 WALES AVE NW MASSILLON OH 5175451030542917 | 23.80 |
| 10/18 | NON-PIN PURCHASE PRESS PLUS 25 WEST 52ND ST 15T 08667177377 NY 5175451030542917 | 9.99 |
| 10/21 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 36.96 |
| 10/21 | NON-PIN PURCHASE IHOP 5509 4764 PORTAGE STREET NW NORTH CANTON OH 5175451030542917 | 105.14 |
| 10/21 | NON-PIN PURCHASE GIANT #445 3525 WALES AVE NW MASSILLON OH 5175451030542917 | 92.00 |
| 10/21 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 9.35 |
| 10/21 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 33.55 |
| 10/28 | NON-PIN PURCHASE DADS CAR 7247 FULTON DR NW CANTON OH 5175451030542917 | 15.54 |
| 10/28 | NON-PIN PURCHASE STEAK ESCAPE OF 4244 BELDEN VILLAG CANTON OH 5175451030542917 | 19.88 |
| 10/28 | NON-PIN PURCHASE WALGREENS #1181 6701 FRANK AVE NW NORTH CANTON OH 5175451030542917 | 48.87 |
| 10/28 | NON-PIN PURCHASE BP 5467 WALES AVE NW MASSILLON OH 5175451030542917 | 23.80 |
| 10/29 | NON-PIN PURCHASE KIDNEY & HYPERT 4689 FULTON DRIVE N CANTON OH 5175451030542917 | 25.62 |
| 10/30 | NON-PIN PURCHASE MAGGIORES DRIVE 5081 FOLTON DR NW CANTON OH 5175451030542917 | 25.86 |
| 10/31 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 11/04 | NON-PIN PURCHASE BP 5467 WALES AVE NW MASSILLON OH 5175451030542917 | 28.48 |
| 11/04 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 24.20 |

## *Other Withdrawal / Debit Activity (-)*     *Account: 02030582839*

| Date | Description | Amount |
|---|---|---:|
| 10/15 | FIRST ENERGY PAYMENT 131015 110046543119 BILL PAY ACCT 70030320667 PAYEE 000003 | 369.97 |
| 10/15 | HUNTINGTON NA PAYMENT 131015 02030401570 BILL PAY ACCT 70030320667 PAYEE 000006 | 1,248.00 |
| 10/16 | AQUA AMERICA PAYMENT 131016 001208627088514 BILL PAY ACCT 70030320667 PAYEE 000002 | 157.85 |
| 10/29 | DOMINION EAST PAYMENT 131029 9500028081291 BILL PAY ACCT 70030320667 PAYEE 000001 | 180.86 |



## Other Withdrawal / Debit Activity (-)           Account: 02030582839

| Date | Description | Amount |
|---|---|---|
| 10/29 | FREDERIC P. S PAYMENT 131029 C Paxos BILL PAY ACCT 70030320667 PAYEE 000013 | 5,000.00 |
| 11/04 | HUNTINGTON NA PAYMENT 131104 02030401570 BILL PAY ACCT 70030320667 PAYEE 000006 | 1,600.00 |

## Asterisk-Free Checking Balance Activity           Account: 02030582839

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/07 | 7,845.58 | 10/16 | 9,937.61 | 10/28 | 14,541.36 |
| 10/08 | 7,680.45 | 10/17 | 9,913.81 | 10/29 | 9,334.88 |
| 10/10 | 7,352.69 | 10/18 | 9,903.82 | 10/30 | 9,309.02 |
| 10/11 | 12,375.33 | 10/21 | 9,626.82 | 10/31 | 4,302.92 |
| 10/15 | 10,104.16 | 10/25 | 14,649.45 | 11/04 | 2,650.24 |

These balances do not reflect pending items that could cause your account to overdraw. Pending items are typically debit card transactions and other transactions that we hold against your account when we receive notice that they have occurred, but they haven't yet been paid out of your account.

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    1. Tell us your name and account number (if any).
    2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    3. Tell us the dollar amount of the suspected error.
We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.