IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAMORPHIX, INC., et al, | ) | Case No. 10-10273 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STATEMENT OF BRANHAVEN, LLC PURSUANT TO RULE 2019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING
MULTIPLE REPRESENTATION OF CREDITORS**

Branhaven, LLC submits this *Verified Statement of Multiple Representation* pursuant to Fed. R. Bank. P. 2019, and states as follows:

1. Branhaven, LLC serves as the substitute collateral agent for all holders of the Debtors' 12.5% convertible secured promissory notes (the "Notes"). The address for Branhaven, LLC is P.O. Box 36000, Canton, OH 44735.

2. The documents associated with the Debtors' issuance of the Notes provide procedures for the appointment of a collateral agent. Branhaven, LLC is in compliance with those procedures. Specifically, more than 50% of the holders of Notes, by principal amount advanced, communicated their written appointment of Branhaven, LLC as the collateral agent with respect to the Notes. Branhaven's appointment as collateral agent became effective on or about December 10, 2010.

4. Exhibit "A" hereto contains the names of all or substantially all of the Debtors' Note holders, along with the respective claim amounts. Branhaven, LLC reserves all rights in respect of these names and amounts, as same are taken from the Debtors' schedules filed with this Court.

EXHIBIT 4

I, Christopher Paxos, the managing member of Branhaven, LLC, declare under penalty of perjury, that the above-statements are true and correct to the best of my knowledge and after diligent inquiry.

_____  
**CHRISTOPHER PAXOS**  
North Canton, Ohio

2-23-2011  
Date

Signed and sworn to before me

this 23 day of Feb , 20 11 .

_____  
Notary Public

**ELIZABETH A. SEEVERS**  
Notary Public, State of Ohio  
My Commission Expires June 12, 2013

# EXHIBIT "A"

| Liability Type | Name | Address | Amount of Claim without deducting value of collateral | Unsecured portion, if Any |
|---|---|---|---|---|
| 12.5% Notes | Raynemark Investments LLC | 3883 N. 57th Street, Boulder CO 80301 | $ 3,114,625 | |
| 12.5% Notes | Luc Verelst | c/o Bob Schmidt, Fletcher Spaght, Inc, 222 Berkeley St, Boston, MA 02116 | $ 2,213,418 | |
| 12.5% Notes | Jose Ferreira Cortinhas | Calle Ramon Arcess S/N Marina Banus Blg 1, 2-K Puerto Banus, Malaga Spain 29660 | $ 2,154,997 | |
| 12.5% Notes | Kevin F. Flynn, June 1992 Non-Exempt Trust | 120 N. LaSalle Street, Ste 3300 Chicago IL 60602 | $ 1,107,120 | |
| 12.5% Notes | Donald J. Gogel | 31 Masterton Road, Bronxville NY 10708 | $ 1,091,692 | |
| 12.5% Notes | Kevin F. Flynn, June 1992 Non-Exempt Trust | 120 N. LaSalle Street, Ste 3300 Chicago IL 60602 | $ 1,074,104 | |
| 12.5% Notes | Peter J. Jordan | 2641 Wexford Ct, New Brighton MN 55112 | $ 650,942 | |
| 12.5% Notes | Theodore H. Swindells | 11400 S.E. 8th St, Suite 420, Bellevue, WA 98004 | $ 556,492 | |
| 12.5% Notes | Greg Farnam | 4919 Coventry Road West, Minnetonka, MN 55345 | $ 530,742 | |
| 12.5% Notes | Mary J. Kelly | 1135 Settlers Rd, Medina, MN 55340 | $ 524,083 | |
| 12.5% Notes | Voelker Family Limited Partnership | 1755 Central, Suite J, Denver, CO 80211 | $ 466,478 | |
| 12.5% Notes | David A. Dent | 6712 Arrowhead Pass, Edina, MN 55439 | $ 442,354 | |
| 12.5% Notes | Robert E. Pajor | 380 Ridge Circle, Wayzata, MN 55391 | $ 441,984 | |
| 12.5% Notes | Ernest Williams, III | 5331 N Stanford Drive, Nashville, TN 37215 | $ 441,984 | |
| 12.5% Notes | W. Douglas Moreland | 1655 East Layton Dr, Englewood, CO 80113 | $ 441,614 | |
| 12.5% Notes | Philip T. Davies | 315 East 89th St, Apt 5W New York, NY 10128 | $ 436,553 | |
| 12.5% Notes | Marshall V. Pearson and Patrice A. Pearson, JTROS | 18000 Arrowhead St., NW, Andover, MN 55304 | $ 431,987 | |
| 12.5% Notes | Sheldon T. Fleck | 4611 Browndale Ave, Edina, MN 55424 | $ 431,123 | |
| 12.5% Notes | Peter J. Jordan | 2641 Wexford Ct, New Brighton MN 55112 | $ 430,135 | |
| 12.5% Notes | Robert W. Koch | 316 Spruce St, San Francisco, CA 94118 | $ 332,368 | |
| 12.5% Notes | Charles J. Burmeister | 4130 Thorn Court, Lincoln, NE 68520 | $ 332,136 | |
| 12.5% Notes | Ted D. Kellner | c/o Fiduciary Management Inc, 100 E. Wisconsin Ave, Suite 2200, Milwaukee, WI 53202 | $ 331,118 | |
| 12.5% Notes | Steven M. Wexler | 11834 Tapestry Ln, Minnetonka, MN 55305 | $ 322,972 | |
| 12.5% Notes | Robert W. Moore | 500 North Waukegan Rd, Lake Forest, IL 60045 | $ 294,123 | |
| 12.5% Notes | Weber Family LP c/o A. Keith Weber | 2001 Shawnee Mission Pkwy, Shawnee Mission, KS 66205 | $ 275,392 | |
| 12.5% Notes | A. Keith Weber | 2001 Shawnee Mission Pkwy, Shawnee Mission, KS 66205 | $ 275,392 | |
| 12.5% Notes | James H. Lehr | 42420 Highway One, Ottertail, MN 56571 | $ 269,992 | |
| 12.5% Notes | Mark Ravich | 11300 Overlook Drive, Minnetonka, MN 55305 | $ 269,143 | |
| 12.5% Notes | Peter Donnino | 12715 31st Ave., North, Plymouth, MN 55441 | $ 235,269 | |
| 12.5% Notes | Amstgeld Global Custody B. V. c/o Gerald H. Otten | Palestreet 1, Amsterdam, Netherlands 1012RB Attn: Gerald Otten | $ 234,121 | |
| 12.5% Notes | Paul A. Moore | 500 North Waukegan Road, Lake Forest, IL 60045 | $ 222,905 | |
| 12.5% Notes | Eric J. Golting | 10700 E. Bethany Dr, Ste 200, Aurora, CO 80014 | $ 221,362 | |
| 12.5% Notes | Jacob C. A. de Jonge | Noolseveg 24, 1251 GP, Laren NH, The Netherlands | $ 221,342 | |

| Type | Name | Address | Amount |
|---|---|---|---|
| 12.5% Notes | James H. Lehr | 42420 Highway One, Ottertail, MN 56571 | $ 221,239 |
| 12.5% Notes | Albert Wouters & J. H. Wouters Beek | Pioenstraat 185a, 9713 XZ Groningen The Netherlands | $ 221,239 |
| 12.5% Notes | Marshall V. Pearson and Patrice A. Pearson, JTROS | 18000 Arrowhead St, NW, Andover, MN 55304 | $ 221,177 |
| 12.5% Notes | Peter Donnino | 12715 31st Ave, North, Plymouth, MN 55441 | $ 221,177 |
| 12.5% Notes | Sherman Scott | Delmar Systems, P.O. Box 129, Broussard, LA 70518 | $ 220,992 |
| 12.5% Notes | James G. Mestl | 14 Hawthorne Road, Bronxville, NY 10708 | $ 220,992 |
| 12.5% Notes | Banca Morval & Cia S. A. | Riva Caccia 1A, Casella postale 280, 6902 Lugano, CH | $ 220,992 |
| 12.5% Notes | Percy Dexter Allen, Jr. and Evelyn Davidson Allen, Trustees of the D. and E. Allen Family Trust dated November 12, 1996 | 31428 Marne Dr, Rancho Palos Verdes, CA 90275 | $ 220,992 |
| 12.5% Notes | Jeffrey S. Williams | 865 Circle Drive, Boulder, CO 80302 | $ 220,930 |
| 12.5% Notes | Hermitage Securities Limited | Africa House, Woodbourne Road, Douglas, Isle of Run British Isles, IM1 1AW United Kingdom | $ 220,930 |
| 12.5% Notes | Neil Thacker Maclachlan | 1 Victoria Square, London SW1W 0QY United Kingdom | $ 220,869 |
| 12.5% Notes | Revocable Trust of Bradley J. Buscher dtd. February 2, 1996 | 302 N. Riverfront Dr, Mankato, MN 56001 | $ 220,807 |
| 12.5% Notes | David Dent Roth IRA | 6712 Arrowhead Pass, Edina, MN 55439 | $ 220,745 |
| 12.5% Notes | David P. Jewell | 6393 S. Helena St, Centennial, CO 80016 | $ 220,745 |
| 12.5% Notes | Gregg Dyste | 2800 Cabaline Trail, Hamel, MN 55340 | $ 220,498 |
| 12.5% Notes | Thomas M. Vickers Revocable Trust | 35 Hunmingbird Dr, Castle Rock CO 80108 | $ 220,375 |
| 12.5% Notes | Peter Donnino | 12715 31st Ave, North, Plymouth, MN 55441 | $ 217,042 |
| 12.5% Notes | James H. Lehr | 42420 Highway One, Ottertail, MN 56571 | $ 217,042 |
| 12.5% Notes | Gregg Dyste | 2800 Cabaline Trail, Hamel, MN 55340 | $ 216,981 |
| 12.5% Notes | John N. Clevenger Revokable Trust | 103 Coulter Place, Castle Rock CO 80108 | $ 215,993 |
| 12.5% Notes | William C. Shenton & Deborah L. Shenton, JTROS | 24 Wright Road, Canton, CT 06019 | $ 215,561 |
| 12.5% Notes | Kirt Woodhouse | 600 Hwy 169 S., Ste 701, St. Louis Park, MN 55426 | $ 215,315 |
| 12.5% Notes | Paul H. Ravich | 4545 IDS Center, 80 So 8th St, Minneapolis MN 55402 | $ 215,315 |
| 12.5% Notes | Richard A. Broms Revocable Trust | 4731 Wedgewood Dr, Minnetonka, MN 55345 | $ 215,315 |
| 12.5% Notes | Gregg Dyste | 2800 Cabaline Trail, Hamel, MN 55340 | $ 208,302 |
| 12.5% Notes | Robert W. Koch | 316 Spruce St, San Francisco, CA 94118 | $ 174,454 |
| 12.5% Notes | Frederick C. Voelker and Claudia M. Voelker | 1755 Central, Suite J, Denver, CO 80211 | $ 143,926 |
| 12.5% Notes | William S. Nettekoven | 7815 Lake Elmo Ave., N, Stillwater, MN 55082-9949 | $ 135,112 |
| 12.5% Notes | Richard Stubbs | 1710 S. Broadway St, Denver, CO 80210-3102 | $ 133,005 |
| 12.5% Notes | Bernt Hofstad | Schoolstraat 27, Wassenaar Holland 2242 Netherlands | $ 132,868 |
| 12.5% Notes | Courtland E. Holman Retirement Plan | 12758 Foliage Ct, Apple Valley, MN 55124 | $ 126,887 |
| 12.5% Notes | Susan V. Watson | 50 Sutton Place South 4K, New York, NY 10022 | $ 121,783 |
| 12.5% Notes | W. Douglas Moreland | 1655 East Layton Dr, Englewood, CO 80113 | $ 115,656 |
| 12.5% Notes | Stubbvo Partners LLC | 1710 S. Broadway St, Denver, CO 80210-3102 | $ 115,556 |
| 12.5% Notes | Peter Mullen | 16 Alexander Sq., London, SW3 2AX United Kingdom | $ 110,756 |
| 12.5% Notes | Rene Bregenzer | Sonnenbergstr 3, CH-8632, Tann Switzerland | $ 110,671 |
| 12.5% Notes | Daniel F. Boyle and Adrienne E. Stewart, JTROS | 833 Race Street, Dow, CO 80206 | $ 110,650 |
| 12.5% Notes | Greg Farnam | 4919 Coventry Road West, Minnetonka, MN 55345 | $ 110,589 |
| 12.5% Notes | William C. Koop III | 13551 Kerry Ln, Eden Prairie, MN 55346 | $ 110,589 |
| 12.5% Notes | F. Bijleveld | Brinklaan 51, Ruurlo 7261 JH, The Netherlands | $ 110,589 |

| Type | Name | Address | Amount |
|---|---|---|---|
| 12.5% Notes | Scott Frost | 2727 Leo Harris Pkwy, Eugene OR 97401 | $ 110,496 |
| 12.5% Notes | Peter S. Cope Rollover IRA | 51 Pilgrim Path, Huntington, NY 11743 | $ 110,496 |
| 12.5% Notes | Anglo Irish Bank (Suisse) S. A. | c/o Olivier Burrus, 7 Rue des Alpes, P.O. Box 1380, CH-1211, Geneve Switzerland | $ 110,465 |
| 12.5% Notes | J. M. Heunen | Keldenaar 4, 6155 NM Puth, The Netherlands | $ 110,465 |
| 12.5% Notes | Thomas N. Dufek CPA P. C. Retirement Plan | 12 Donna Court, Huntington, NY 11743 | $ 110,465 |
| 12.5% Notes | Grace Investments Limited | Anglo Irish Trust (IOM) Limited, C/O Joanne Glassey Jubilee Buildings, Victoria Steet, Douglas, Isle of Man  IM1 2SH  United Kingdom | $ 110,373 |
| 12.5% Notes | The Regent Trust Company Limited as Trustee of the JRP Family Trust | Attn: T. E. G. Bayman & M. A. Higgins, Le Gallais Chambers, 54 Bath Street, St. Helier, Jersey JE4 8YD, UK | $ 110,249 |
| 12.5% Notes | Norman Dyer | 215 St. Paul St, Ste 200, Denver, CO 80206 | $ 110,187 |
| 12.5% Notes | Ronald A. Tapp | PO Box 6043, Miramar Beach FL 32550 | $ 110,157 |
| 12.5% Notes | Max Sonderegger | Postfach 1545, Zurich CH-8027 | $ 109,293 |
| 12.5% Notes | Keith Yoder | 11815 Hickory Grove Rd, Dunlap, IL 61525 | $ 108,521 |
| 12.5% Notes | James G. Mestl | 14 Hawthorne Road, Bronxville, NY 10708 | $ 108,490 |
| 12.5% Notes | Bret B. Palmer | 8936 Vandegriff Way, Grove MN 55311 | $ 108,490 |
| 12.5% Notes | Kevin L. Crudden | 6720 Indian Hills Rd, Edina MN 55439 | $ 108,490 |
| 12.5% Notes | Douglas A. Winter | 17015 80th Place N, Grove, MN 55311 | $ 108,028 |
| 12.5% Notes | Jonathan B. Kruljac & Teri Kruljac | 8873 East Bayou Gulch Rd, Parker, CO 80134 | $ 107,812 |
| 12.5% Notes | David P. Jewell | 6393 S. Helena St., Centennial, CO 80016 | $ 107,812 |
| 12.5% Notes | Gary Graham Nopp and Patricia Jean Nopp, JTROS | 3235 Azalea Dr South, Salem OR 97302-5929 | $ 107,781 |
| 12.5% Notes | Malcolm Jennings | 109 Weitall Road, Wallingham, Surrey, CR6 9HG  United Kingdom | $ 107,750 |
| 12.5% Notes | Norman and Sally Ravich Family Trust | 7520 E. Becker Lane, Scottsdale, AZ 85260 | $ 107,657 |
| 12.5% Notes | Broms Children's Partnership | 4731 Wedgewood Dr, Minnetonka, MN 55345 c/o Thomas Moscoe | $ 107,657 |
| 12.5% Notes | Stanford Baratz Revocable Trust | 600 Highway 169 S, Ste 701, St Louis, MN 55426-1200 | $ 107,657 |
| 12.5% Notes | Emily H. Sumption | 23 Sturgis Rd, Bronxville NY 10708 | $ 107,380 |
| 12.5% Notes | Craig Patnode | 16801 Creek Ridge Trail, Minnetonka, MN 55345 | $ 86,842 |
| 12.5% Notes | Thomas M. Vickers Revocable Trust | 35 Hummingbird Dr, Castle Rock CO 80108 | $ 86,743 |
| 12.5% Notes | Forrest Charlesworth | 315 Crestridge Ave, Colorado Springs, CO 80906 | $ 66,279 |
| 12.5% Notes | Greg Bertagnoli | 5775 Smithtown Way, Shorewood, MN 55331 | $ 59,417 |
| 12.5% Notes | Allen L. Brakemeier | 450 Lake Virginia Trail, Excelsior, MN 55331 | $ 58,221 |
| 12.5% Notes | Sherman Scott | Delmar Systems, P.O. Box 129, Broussard, LA 70518 | $ 58,140 |
| 12.5% Notes | Adrienne Stewart | 833 Race Street, Dow, CO 80206 | $ 58,097 |
| 12.5% Notes | Daniel E. Ryweck | 4020 Terrace Ln, Minnetonka MN 55305-5124 | $ 55,378 |
| 12.5% Notes | Bradley K. Coons | 401 Harding Street, NE, Minneapolis, MN 55413 | $ 55,294 |
| 12.5% Notes | Mark Robinow | 5916 Lee Valley Road, Edina, MN 55439 | $ 55,294 |
| 12.5% Notes | James W. Rodgers | 7230 Locust St, Commerce City ,CO 80022 | $ 55,233 |
| 12.5% Notes | A. Huisman | Pastoor Rienfjesstraat, 7447 GE Hellendoorn, Netherlands | $ 55,233 |
| 12.5% Notes | D. J. H. Ottens | Torenlaan 39, 1261 GB Blaricum, Netherlands | $ 55,233 |

| Type | Name | Address | | Amount |
|---|---|---|---|---|
| 12.5% Notes | Matthew S. Carpenter and Susana E. Carpenter, JTROS | 9011 High Point Circle, Eden Prairie MN 55347 | $ | 54,353 |
| 12.5% Notes | John T. Amundson | 4600 Upton Ave S., Minneapolis, MN 55410 | $ | 54,276 |
| 12.5% Notes | Randy L. Smeal | 259 Big Sandy Lane, Ashland, NE 68003 | $ | 54,261 |
| 12.5% Notes | David R. Hardten | 2515 Kelly Ave, Excelsior, MN 55331 | $ | 54,261 |
| 12.5% Notes | Candace G. Crook | 11921 Meridian Point Dr, Tampa, FL 33626 | $ | 54,245 |
| 12.5% Notes | Mark I. Haukedahl | 4712 Colfax Ave South, Minneapolis MN 55409 | $ | 54,245 |
| 12.5% Notes | Matthew S. Carpenter | 9011 High Point Circle, Eden Prairie MN 55347 | $ | 54,245 |
| 12.5% Notes | William N. Lisberg | 200 N Tyrol, Minneapolis MN 55416 | $ | 54,245 |
| 12.5% Notes | | 14805 Minnehaha Place, Wazata MN 55391 | | 54,230 |
| 12.5% Notes | Portage Equity Investments II, LP Attn: Brad Lehrman (Second Address for Portage) | 80 South Eighth Street, 2000 IDS Center, Minneapolis, MN 55402 | | |
| 12.5% Notes | Timothy C. Duffy | 4533 Ewing Avenue South, Minneapolis, MN 55410 | $ | 54,214 |
| 12.5% Notes | Michael W. Allen | 8840 Deer Ridge Ln, Bloomington, MN 55438 | $ | 54,137 |
| 12.5% Notes | Todd Cushman | 15525 Canyon Ridge, Eden Prairie, MN 55347 | $ | 54,106 |
| 12.5% Notes | Stephen F. Labelle | 2305 Indian Road West, Minnetonka, MN 55305 | $ | 54,045 |
| 12.5% Notes | Todd Cushman | 15525 Canyon Ridge, Eden Prairie, MN 55347 | $ | 54,029 |
| 12.5% Notes | John F. Steinmetz | 44 Dugway Rd, Falls Village, CT 06031-1017 | $ | 53,906 |
| 12.5% Notes | Norman Ravich | 7520 E. Becker Lane, Scottsdale, AZ 85260 | $ | 53,829 |
| 12.5% Notes | Judith B. Schumeister | 5701 Continental Drive, Edina, MN 55436 | $ | 53,829 |
| 12.5% Notes | Stanford A. Weiner | 805 Oak Ridge Rd, Hopkins, MN 55305 | $ | 53,829 |
| 12.5% Notes | Steinberg Family Limited Partnership | 600 S. Highway 169, Interchange Tower - Suite 701, Minneapolis, MN 55426-1205 | $ | 53,829 |
| 12.5% Notes | Maxine K. Steinberg Trust Agreement u/a/d October 28, 2002 | 5719 Long Brake Trail, Edina, MN 55439 | $ | 53,829 |
| 12.5% Notes | Courtland E. Holman | 12758 Foliage Ct, Apple Valley, MN 55124 | $ | 48,469 |
| 12.5% Notes | Steven Leupke | 4290 Windwood Way, Minnetonka, MN 55345 | $ | 46,605 |
| 12.5% Notes | W. M. C. Van Den Akker | Schaapmantaan 34, 2181 VT Hillegom, The Netherlands | $ | 44,235 |
| 12.5% Notes | A. L. Oorbeek | Boekanierlaan 14, 2132 TB Hoofdoorp, The Netherlands | $ | 44,235 |
| 12.5% Notes | C. E. Oosterbeek | Parnashofweg 63, 2265 LR Leidschendam, Netherlands | $ | 44,235 |
| 12.5% Notes | G. E. Van De Riet | Calle La Lluca 60, 03730 Javea, Spain | $ | 44,235 |
| 12.5% Notes | W. M. C. Van Den Akker | Schaapmantaan 34, 2181 VT Hillegom, The Netherlands | $ | 44,235 |
| 12.5% Notes | P. H. M. Winkelman | Singel 20, 7411 HV Deventer, The Netherlands | $ | 44,087 |
| 12.5% Notes | Courtland E. Holman | 12758 Foliage Ct, Apple Valley, MN 55124 | $ | 43,408 |
| 12.5% Notes | Thomas M. Vickers & Stacy Alysia Hamilton, TIC | 35 Hummingbird Dr, Castle Rock CO 80108 | $ | 43,396 |
| 12.5% Notes | Mark Weber | 5835 Juneau Lane North, Plymouth, MN 55446 | $ | 43,396 |
| 12.5% Notes | Corbo Investment Company Ltd. Attn: Thomas M. Vickers | 35 Hummingbird Dr, Castle Rock CO 80108 | $ | 43,371 |
| 12.5% Notes | Jason W. Gard | Hillbarn House, Great Bedwyn, Marlborough Wiltshire SN8 3NU United Kingdom | $ | 33,149 |
| 12.5% Notes | J. Kawkkelstein de Snayer | Binnenweg 178 B, 2101 JS Heemstede, Nederland | $ | 33,149 |
| 12.5% Notes | Barbara Betz | 13820 Meridian Ave N, Monticello, MN 55362 | $ | 29,680 |
| 12.5% Notes | David Becker | 3320 California Street, Ste 1, San Francisco CA 94118 | $ | 29,056 |
| 12.5% Notes | Michael Adams | Paddocks Wood, 2 Heatherfield Lane, Weybridge Surrey, KT13 0AS United Kingdom | $ | 27,539 |

| | | | | |
|---|---|---|---|---|
| 12.5% Notes | Elizabeth Weldon | 3 Rugby Rd, London W4 1AT  United Kingdom | $ | 27,468 |
| 12.5% Notes | Alexander Coleman Ravich 1991 Trust | 11300 Overlook Drive, Minnetonka, MN  55305 | $ | 26,914 |
| 12.5% Notes | Alyssa Danielle Ravich 1991 Trust | 11300 Overlook Drive, Minnetonka, MN  55305 | $ | 26,914 |
| 12.5% Notes | Thomas Cline | 600 S. Highway 169, Ste 1800, St. Louis Park, MN  55426 | $ | 22,151 |
| 12.5% Notes | James W. Rodgers | 7230 Locust St, Commerce City , CO  80022 | $ | 22,087 |
| 12.5% Notes | Richard S. Robbins | 27 Camberwell Grove, London SE5 8JA  United Kingdom | $ | 22,081 |
| 12.5% Notes | Th. M. A. de Hollander | Attn: Theo Poot, Brand Schenkestrasse 41  8002 Zurich  Switzerland | $ | 22,056 |
| 12.5% Notes | P. A. Scheurwater | Attn: Theo Poot, Brand Schenkestrasse 41  8002 Zurich  Switzerland | $ | 22,056 |
| 12.5% Notes | Kim Tack & Kathleen Tack, JTROS | 10921-104th Street, Coal Valley IL 61240 | $ | 21,692 |