TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED:

12/31/13

IN RE:       :

      :    **CASE NO.:**     <u>12-61280</u>

      :    **Chapter 11**

**Christopher Frank Paxos** _____ :    **Judge:**    <u>Kendig</u>

      **Debtor**

      :

As debtor in possession, I affirm:

1.

| | | |
|---|---|---|
| _____ | Operating Statement | (Form 2) |
| _____ | Balance Sheet | (Form 3) |
| _____ | Summary of Operations | (Form 4) |
| _____ | Monthly Cash Statement | (Form 5) |
| _____ | Statement of Compensation | (Form 6) |
| <u>X</u>_____ | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting
practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2.            That the insurance, including workers' compensation and unemployment insurance,
as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation)         **YES__X____**     **NO_____**

3.            That all postpetition taxes as described in Sections 1 and 14 of the Operating
Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)         **YES__X____**     **NO_____**

4.            No professional fees (attorney, accountant, etc.) have been paid without specific
court authorization.
(If not, attach a written explanation)         **YES__X____**     **NO_____**

5.            All United States Trustee Quarterly fees have been paid and are current.
                                                  **YES__X____**     **NO_____**

6.

(If not, attach a written explanation)         **YES_____**     **NO__X____**

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents
is true and correct.

                                                    **/S/ Christopher Frank Paxos** _____

             **Dated:**        <u>**1/20/2014**</u>       **Debtor in Possession**

Dated: 1/20/2014

                                                      _____       _____

                                                       **Title**            **Phone**

**FORM 1**

**MONTHLY CASH STATEMENT**
**Period Ending:**    12/31/13

**Cash Activity Analysis (Cash Basis Only):**                              **Case No:**    12-61280

|  |  | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | $ 6,569.71 | | | | |
| B. | Receipts (Attach separate schedule) | $ 11,564.03 | | | | |
| C. | Balance Available (A + B) | $ 18,133.74 | | | | |
| D. | Less Disbursements (Attach separate schedule) | $ 18,133.74 | | | | |
| E. | ENDING BALANCE (C - D) | $ - | | | | |

**(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)**

**General Account:**
   **1. Depository Name & Location**    Huntington National Bank - Massillon, Ohio
   **2. Account Number**    02030582839

**Payroll Account:**
   **1. Depository Name & Location**
   **2. Account Number**

**Tax Account:**
   **1. Depository Name & Location**
   **2. Account Number**

**Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):**




               **Date:**    1/20/2014


      **/S/ Christopher Frank Paxos**
        **Debtor in Possession**

**FORM 5**

# SCHEDULE OF IN-FORCE INSURANCE

**Period Ending:** December 31, 2013

Case No: __12-61280__

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Auto Insurance | Fireman's Fund Insurance | 5/16/14 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

/S/ Christopher Frank Paxos

1/20/14     **Debtor in Possession**

# Christopher F. Paxos - Debtor In Possession
## Deposit Detail
### December 2013

| Date | Transaction Type | Client | Vendor | Clr | Amount |
|------|------------------|--------|--------|-----|--------|
| 12/06/2013 | Deposit | Scidera, Inc. | | R | 5,022.64 |
| 12/20/2013 | Deposit | Scidera, Inc. | | R | 5,022.63 |
| 12/24/2013 | Deposit | IRS | | R | 1,441.00 |
| 12/31/2013 | Deposit | Chris Paxos | | R | 77.76 |

# Christopher F. Paxos - Debtor In Possession
## Check Detail
### December 2013

| Date | Transaction Type | Name | Clr | Amount |
|------|------------------|------|-----|--------|
| 12/02/2013 | Check | Circle K | R | -24.20 |
| 12/02/2013 | Check | Circle K | R | -35.46 |
| 12/02/2013 | Check | Starbucks | R | -10.65 |
| 12/04/2013 | Check | Samantha's | R | -25.60 |
| 12/05/2013 | Check | Starbucks | R | -6.10 |
| 12/06/2013 | Check | 356th Fighter Group | R | -82.82 |
| 12/06/2013 | Check | Maggiores Drive Thru | R | -30.64 |
| 12/06/2013 | Check | Starbucks | R | -6.10 |
| 12/06/2013 | Check | Gaint Eagle | R | -93.01 |
| 12/06/2013 | Check | BP Gas | R | -24.04 |
| 12/09/2013 | Check | Longhorn | R | -56.84 |
| 12/09/2013 | Check | Starbucks | R | -4.15 |
| 12/09/2013 | Check | Bairs Inc. | R | -893.32 |
| 12/09/2013 | Check | Starbucks | R | -4.15 |
| 12/09/2013 | Check | Starbucks | R | -6.10 |
| 12/10/2013 | Check | McDonald's | R | -8.35 |
| 12/10/2013 | Check | Dads Car Wash | R | -15.54 |
| 12/12/2013 | Check | Starbucks | R | -6.10 |
| 12/12/2013 | Check | Fridays | R | -66.71 |
| 12/12/2013 | Check | Cash | R | -400.00 |
| 12/16/2013 | Check | Longhorn | R | -65.16 |
| 12/16/2013 | Check | Maggiores Drive Thru | R | -25.86 |
| 12/16/2013 | Check | Marathon Petroleum | R | -70.02 |
| 12/16/2013 | Check | Marathon Petroleum | R | -40.87 |
| 12/16/2013 | Check | Paggrazios Pizza | R | -151.75 |
| 12/16/2013 | Check | Circle K | R | -9.19 |
| 12/16/2013 | Check | Starbucks | R | -6.10 |
| 12/16/2013 | Check | Circle K | R | -24.54 |
| 12/16/2013 | Check | Leslie Paxos | R | -2,400.00 |
| 12/17/2013 | Check | Press Plus | R | -9.99 |

## December 2013

| Date | Transaction Type | Name | Clr | Amount |
|------|------------------|------|-----|--------|
| 12/18/2013 | Check | Starbucks | R | -6.10 |
| 12/18/2013 | Check | Circle K | R | -26.36 |
| 12/23/2013 | Check | Maggiores Drive Thru | R | -25.86 |
| 12/23/2013 | Check | Taco Bell | R | -19.11 |
| 12/23/2013 | Check | Table Six | R | -134.75 |
| 12/23/2013 | Check | Circle K | R | -31.92 |
| 12/23/2013 | Check | Circle K | R | -25.56 |
| 12/24/2013 | Check | The Limited | R | -218.09 |
| 12/24/2013 | Check | Giant Eagle | R | -80.02 |
| 12/24/2013 | Check | Gaint Eagle | R | -35.78 |
| 12/24/2013 | Check | Walgreens | R | -9.77 |
| 12/24/2013 | Check | Chris Paxos | R | -1,000.00 |
| 12/26/2013 | Check | Lowes | R | -232.48 |
| 12/27/2013 | Check | Maggiores Drive Thru | R | -25.86 |
| 12/27/2013 | Check | Circle K | R | -30.87 |
| 12/27/2013 | Check | Starbucks | R | -12.60 |
| 12/30/2013 | Check | Maggiores Drive Thru | R | -36.02 |
| 12/30/2013 | Check | Maggiores Drive Thru | R | -25.86 |
| 12/30/2013 | Check | Starbucks | R | -6.10 |
| 12/30/2013 | Check | Starbucks | R | -6.10 |
| 12/30/2013 | Check | Wendys | R | -34.63 |
| 12/30/2013 | Check | Circle K | R | -29.10 |
| 12/30/2013 | Check | Aqua Ohio | R | -84.75 |
| 12/30/2013 | Check | Ohio Edison | R | -417.25 |
| 12/30/2013 | Check | Dominion East Ohio | R | -532.92 |
| 12/30/2013 | Check | Leslie Paxos | R | -1,400.00 |
| 12/30/2013 | Check | Gregory And Son | R | -1,421.78 |
| 12/30/2013 | Check | Transfer to New Account | R | -2,000.00 |
| 12/30/2013 | Check | Transfer to New Account | R | -1,000.00 |
| 12/30/2013 | Check | Transfer to New Account | R | -4,400.00 |
| 12/31/2013 | Check | 356th Fighter Group | R | -120.74 |
| 12/31/2013 | Check | NRA | R | -100.00 |

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



CHRISTOPHER PAXOS
7237 BRYCEWOOD CIR NW
NORTH CANTON OH 44720-6388

*Have a Question or Concern?*

Stop by your nearest      Customer
Huntington office or      Information
contact us at:            Privacy Notice

1-800-480-BANK (2265)

www.huntington.com

## *Asterisk-Free Checking Account*                      *Account: 02030582839*

Statement Activity From:
12/06/13 to 01/07/14

| | |
|---|---:|
| **Beginning Balance** | **$6,467.70** |
| Credits (+) | 11,564.03 |
| Debits (-) | 18,031.73 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$0.00** |
| Average Balance | 6,238.25 |
| Low Balance | 0.00 |

## *Deposit / Credit Activity (+)*                      *Account: 02030582839*

| Date | Description | Amount |
|---|---|---:|
| 12/06 | Payroll PAY Dec 06 12585170 | 5,022.64 |
| 12/20 | Payroll PAY Dec 20 12585170 | 5,022.63 |
| 12/24 | DEPOSIT | 1,441.00 |
| 01/03 | DEPOSIT | 77.76 |

## *Check Activity (-)*                      *Account: 02030582839*

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---|---|---|---|---|---|
| 515S | 1,000.00 | 12/24 | | | |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⊞ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method.  ©2014 Huntington Bancshares Incorporated.

12-61280-rk   Doc 219   FILED 01/15/14   ENTERED 01/15/14 10:41:22   Page 7 of 10


*ATM Withdrawal Activity (-)*                                        *Account: 02030582839*

| Date | Description | Amount |
| --- | --- | --- |
| 12/12 | HUNTINGTON ATM CASH WITHDRAWAL NOBLES POND BANK OFFIC533 MASSILLON OH 5175451030542917 | 400.00 |

*Debit Card / POS Activity (-)*                                       *Account: 02030582839*

| Date | Description | Amount |
| --- | --- | --- |
| 12/06 | NON-PIN PURCHASE 356TH FIGHTER G 4919 MT PLEASANT ST NORTH CANTON OH 5175451030542917 | 82.82 |
| 12/06 | NON-PIN PURCHASE MAGGIORES DRIVE 5081 FOLTON DR NW CANTON OH 5175451030542917 | 30.64 |
| 12/06 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 12/06 | NON-PIN PURCHASE GIANT #445 3525 WALES AVE NW MASSILLON OH 5175451030542917 | 93.01 |
| 12/06 | NON-PIN PURCHASE BP 5467 WALES AVE NW MASSILLON OH 5175451030542917 | 24.04 |
| 12/09 | NON-PIN PURCHASE LONGHORN STEAK0 6626 STRIP AVE NORTH CANTON OH 5175451030542917 | 56.84 |
| 12/09 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 4.15 |
| 12/09 | NON-PIN PURCHASE BAIRS INC 6956 PORTAGE ST NW NORTH CANTON OH 5175451030542917 | 893.32 |
| 12/09 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 4.15 |
| 12/09 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 12/10 | NON-PIN PURCHASE MCDONALD'S F487 5239 FULTON DR NW CANTON OH 5175451030542917 | 8.35 |
| 12/10 | NON-PIN PURCHASE DADS CAR 7247 FULTON DR NW CANTON OH 5175451030542917 | 15.54 |
| 12/12 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 12/12 | NON-PIN PURCHASE TGI_FRIDAYS #01 4635 DRESSLER RD NW CANTON OH 5175451030542917 | 66.71 |
| 12/16 | NON-PIN PURCHASE LONGHORN STEAK0 6626 STRIP AVE NORTH CANTON OH 5175451030542917 | 65.16 |
| 12/16 | NON-PIN PURCHASE MAGGIORES DRIVE 5081 FOLTON DR NW CANTON OH 5175451030542917 | 25.86 |
| 12/16 | NON-PIN PURCHASE MARATHON PETRO0 2612 CLEVELAND AVE S CANTON OH 5175451030542917 | 70.02 |
| 12/16 | NON-PIN PURCHASE MARATHON PETRO0 2612 CLEVELAND AVE S CANTON OH 5175451030542917 | 40.87 |
| 12/16 | NON-PIN PURCHASE PANGRAZIOS PIZZ 219 GRANT ST DENNISON OH 5175451030542917 | 151.75 |
| 12/16 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 9.19 |
| 12/16 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 12/16 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 24.54 |
| 12/17 | NON-PIN PURCHASE PRESS PLUS 25 WEST 52ND ST 15T 08667177377 NY 5175451030542917 | 9.99 |
| 12/18 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 12/18 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 26.36 |
| 12/23 | NON-PIN PURCHASE MAGGIORES DRIVE 5081 FOLTON DR NW CANTON OH 5175451030542917 | 25.86 |
| 12/23 | NON-PIN PURCHASE TACO BELL #2046 4855 PORTAGE ST NW NORTH CANTON OH 5175451030542917 | 19.11 |
| 12/23 | NON-PIN PURCHASE TABLE SIX 6113 WHIPPLE AVE N CANTON OH 5175451030542917 | 134.75 |
| 12/23 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 31.92 |
| 12/23 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 25.56 |


## *Debit Card / POS Activity (-)*                                          *Account: 02030582839*

| Date | Description | Amount |
|------|-------------|--------|
| 12/24 | NON-PIN PURCHASE THE LIMITED - B 26300 CEDAR RD SPA BEACHWOOD OH 5175451030542917 | 218.09 |
| 12/24 | NON-PIN PURCHASE GIANT #439 4625 PORTAGE RD NW NORTH CANTON OH 5175451030542917 | 80.02 |
| 12/24 | NON-PIN PURCHASE GIANT #439 4625 PORTAGE RD NW NORTH CANTON OH 5175451030542917 | 35.78 |
| 12/24 | PIN PURCHASE WALGREENS WALGREENS NORTH CANTON OH 5175451030542917 | 9.77 |
| 12/26 | NON-PIN PURCHASE LOWES #00222* 6375 STRIP AVE., N.W. NORTH CANTON OH 5175451030542917 | 232.48 |
| 12/27 | NON-PIN PURCHASE MAGGIORES DRIVE 5081 FOLTON DR NW CANTON OH 5175451030542917 | 25.86 |
| 12/27 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 30.87 |
| 12/27 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 12.60 |
| 12/30 | NON-PIN PURCHASE MAGGIORES DRIVE 5081 FOLTON DR NW CANTON OH 5175451030542917 | 36.02 |
| 12/30 | NON-PIN PURCHASE MAGGIORES DRIVE 5081 FOLTON DR NW CANTON OH 5175451030542917 | 25.86 |
| 12/30 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 12/30 | NON-PIN PURCHASE STARBUCKS #1345 7210 Fulton Dr NW Canton OH 5175451030542917 | 6.10 |
| 12/30 | NON-PIN PURCHASE WENDYS 127 4773 PORTAGE ST NW NORTH CANTON OH 5175451030542917 | 34.63 |
| 12/30 | NON-PIN PURCHASE CIRCLE K 05388 6725 WALES AVENUE MASSILLON OH 5175451030542917 | 29.10 |
| 12/31 | NON-PIN PURCHASE 356TH FIGHTER G 4919 MT PLEASANT ST NORTH CANTON OH 5175451030542917 | 120.74 |
| 01/06 | NON-PIN PURCHASE NRA*MEMBERSHIP 11250 WAPLES MILL ROAD 703-267-3774 VA 5175451030542917 | 100.00 |

## *Other Withdrawal / Debit Activity (-)*                                  *Account: 02030582839*

| Date | Description | Amount |
|------|-------------|--------|
| 12/16 | HUNTINGTON NA PAYMENT 131216 02030401570 BILL PAY ACCT 70030320667 PAYEE 000006 | 2,400.00 |
| 12/30 | ESS TFR TO CHECKING 123013 02030792975 | 2,000.00 |
| 12/30 | ESS TFR TO SAVINGS 123013 04030600696 | 1,000.00 |
| 12/30 | AQUA AMERICA PAYMENT 131230 001208627088514 BILL PAY ACCT 70030320667 PAYEE 000002 | 84.75 |
| 12/30 | FIRST ENERGY PAYMENT 131230 110046543119 BILL PAY ACCT 70030320667 PAYEE 000003 | 417.25 |
| 12/30 | DOMINION EAST PAYMENT 131230 9500028081291 BILL PAY ACCT 70030320667 PAYEE 000001 | 532.92 |
| 12/30 | HUNTINGTON NA PAYMENT 131230 02030401570 BILL PAY ACCT 70030320667 PAYEE 000006 | 1,400.00 |
| 12/30 | GREGORY AND S PAYMENT 131230 3303235556 BILL PAY ACCT 70030320667 PAYEE 000012 | 1,421.78 |
| 12/31 | INTERNET TFR TO CHECKING 123113 02030792975 | 4,400.00 |
| 01/06 | ACCOUNT CLOSING TRANSACTION | 0.00 |

## *Asterisk-Free Checking Balance Activity*                                *Account: 02030582839*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/05 | 6,467.70 | 12/10 | 10,265.28 | 12/17 | 6,988.99 |
| 12/06 | 11,253.73 | 12/12 | 9,792.47 | 12/18 | 6,956.53 |
| 12/09 | 10,289.17 | 12/16 | 6,998.98 | 12/20 | 11,979.16 |

12-61280-rk   Doc 219   FILED 01/15/14   ENTERED 01/15/14 10:41:22   Page 9 of 10


## *Asterisk-Free Checking Balance Activity*           *Account: 02030582839*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/23 | 11,741.96 | 12/27 | 11,537.49 | 01/03 | 100.00 |
| 12/24 | 11,839.30 | 12/30 | 4,542.98 | 01/06 | 0.00 |
| 12/26 | 11,606.82 | 12/31 | 22.24 | | |

These balances do not reflect pending items that could cause your account to overdraw.  Pending items are typically debit card transactions and other transactions that we hold against your account when we receive notice that they have occurred, but they haven't yet been paid out of your account.

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint or question and will correct any error promptly.  If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.