TRANSMITTAL OF QUARTERLY
POST CONFIRMATION REPORT WITH CERTIFICATION
FOR THE QUARTER ENDED:
December 17, 2014          **** FINAL REPORT ****

In re:    Christopher Paxos              }   Case No.    12-61280
                                         }   Chapter 11
                                         }
                      Debtor             }               Judge Kendig

Debtor, affirms that:

1. The attached Chapter 11 Post Confirmation Report for the quarter ended December, 2014, which includes the <u>Total Disbursement for Quarter,</u> the <u>Summary of Amounts Distributed Under the Plan</u> and the <u>Summary of Status on Consummation of Plan</u> has been reviewed and the report as prepared fairly and accurately reflects the debtor's complete disbursement/distribution activity and status for the period stated.

2. The individual responsible for preparing the attached report was Christopher Paxos whose title is NA. Any questions regarding the attached report should b e directed to Christopher Paxos at telephone number (330) 353-8801.

3. The debtor is in compliance with the provisions of the confirmed Chapter 11 Plan except as listed below (Attach additional documentation if necessary):
   _____

4. The undersigned is authorized to file this report on behalf of the debtor.

**It is certified hereby, under penalty of perjury, that the information provided herein is true and correct to the best of my knowledge and belief.**

                                              Debtor
Dated: December 17, 2014          By: _[signature]_
                                              Signature

**** FINAL REPORT ****              Christopher Paxos
                                    Typed or printed name

                                    _____
                                    Title

CHAPTER 11 POST CONFIRMATION REPORT
FOR QUARTER ENDED
December 17, 2014

**** FINAL REPORT ****

Debtor: Christopher Paxos          Case No. 12-61280

Total Disbursement for Quarter

All disbursements made by the debtor during the current quarter, whether under the plan or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements: $ 204,358.77

Summary of Amounts Distributed Under Plan:

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. Fees and Expenses** | | | |
| 1. Trustee Compensation | NA | NA | NA |
| 2. Fee for Attorney for Trustee | NA | NA | NA |
| 3. Fee for Attorney for Debtor | 55,310.17 | 67,856.35 | -0- |
| 4. Other Professionals | NA | NA | NA |
| 5. All expenses, including trustee | 650.00 | 3,250.00 | -0- |
| **B. Distributions** | | | |
| 6. Secured Creditors | -0- | 7,331.54 | -0- |
| 7. Priority Creditors | 14,923.23 | 34,924.23 | 283,541.37 |
| 8. Unsecured Creditors | 104,750.75 | 130,000.00 | -0- |
| 9. Equity Security Holders | -0- | -0- | -0- |
| 10. Other Payments or Transfers | -0- | -0- | -0- |
| Total Plan Payments (Sum of Lines 1-10) | 175,634.15 | 243,362.12 | 283,541.37 |

Summary of Status of Consummation of Plan

Plan Payments are Current          Yes  X     No _____
   If no, attach explanatory statement identifying payments not made
   (by creditor, amount and date due), reason for non-payment, and
   an estimated date as to when payments will be brought current.

Quarterly fee due to the United States Trustee are current:   Yes  X    No _____

Anticipated date of final report/motion for final decree:   December 17, 2014

**** FINAL REPORT ****