IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE CHRISTOPHER PAXOS<br>*Debtor* | CASE NO. 12-61280-RK<br>JUDGE RUSS KENDIG<br>CHAPTER 11 |

**MOTION FOR ENTRY OF FINAL DECREE**

Christopher Paxos, the debtor ("Paxos") moves the Court pursuant to 11 U.S.C. §350 and Federal Rule of Bankruptcy Procedure 3022 for the entry of a final decree in this case. In support of this Motion Mr. Paxos states:

This Court signed an Order confirming the debtor's Plan of Reorganization on December 6, 2013 [Doc. 205].

The Plan has been substantially consummated as contemplated in 11 U.S.C. §1127(b) and 1101(2), and the bankruptcy estate has been fully administered within the meaning of 11 U.S.C. §315(a). A copy of Mr. Paxos's Final Quarterly Report [Doc. 254] was filed on December 17, 2014.

All claims and expenses required to be paid upon confirmation or the effective date of the Plan have been paid. Fees owed to the Office of the United States Trustee ("UST"), will be paid in full. Mr. Paxos has distributed all of the funds due to unsecured creditors and is paying the claim of the United States of America, Internal Revenue Service in accordance with the agreed orders signed by the Court [Doc. 249].

All motions, contested matters and adversary proceedings have been fully resolved.

An accounting of all distributions made pursuant to the terms of the Plan of Reorganization by the reorganized debtor is set forth in the Final Report and incorporated herein by reference.

The Advisory Committee Note to Federal Rule of Bankruptcy Procedure 3022 provides a list of six factors that a court may consider in determining whether an estate has been fully administered for final decree purposes. The six factors are:

a. Whether the order confirming the plan has become final;

b. Whether deposits required by the plan have been distributed;

c. Whether the property proposed by the plan to be transferred has been transferred;

d. Whether the debtor or the successor of the debtor under the plan has assumed the business or management of the property dealt with by the plan;

e. Whether payments under the plan have commenced; and

f. Whether all motions, contested matters, and adversary proceedings have been finally resolved.

Taking the foregoing factors into account, the Debtor's estate is fully administered and that the Case should therefore be closed. The entry of a final decree closing the Case is therefore appropriate under Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022.

THEREFORE, Christopher Paxos, Debtor requests that the Court enter a final decree closing the Case and for such further and additional relief as may be appropriate.

Respectfully Submitted,
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
2705 Gibson Dr
Rocky River, Ohio 44116
(440) 499-4506
fax (440) 398-0490
fschwieg@schwieglaw.com
Attorney for Christopher Paxos, Debtor

**CERTIFICATE OF SERVICE**

A copy of this Motion For Entry Of Final Decree was served by Notice of Electronic Filing and if necessary upon the following, by regular U.S. mail, postage prepaid December 18, 2014.

ECF Service:
The following is a list of the parties who are on the list to receive e-mail notice/service for this case:
**12-61280-rk Notice will be electronically mailed to the U.S. Trustee, and:**

Emily C. Barlage on behalf of Creditor FDIC as Receiver for Tennessee Commerce Bank
ebarlage@frantzward.com, dlbeatrice@frantzward.com

D:\Documents\Clients\Paxos\motion final decree.docx

Edward J Boll, III on behalf of Defendant HSBC Bank USA NA Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-8
nohbk@lsrlaw.com

Edward J. Boll, III on behalf of Creditor Wells Fargo Bank, NA
nohbk@lsrlaw.com

Carrie M Brosius on behalf of Creditor Comerica Bank
cmbrosius@vorys.com, dmkamp@vorys.com

John A. Burnworth on behalf of Defendant Christopher Paxos
jburnworth@kwgd.com, mhelmick@kwgd.com

David E Butz on behalf of Debtor Christopher Frank Paxos
dbutz@kwgd.com, mhelmick@kwgd.com

David E Butz on behalf of Defendant Christopher Paxos
dbutz@kwgd.com, mhelmick@kwgd.com

David E Butz on behalf of Spec. Counsel Krugliak, Wilkins, Griffiths & Dougherty Co., LPA
dbutz@kwgd.com, mhelmick@kwgd.com

Jeremy M Campana on behalf of Creditor HSBC Bank USA N.A.
jeremy.campana@thompsonhine.com

Jeremy M Campana on behalf of Creditor Wells Fargo Bank, NA
jeremy.campana@thompsonhine.com

Thomas R Houlihan on behalf of Creditor Ohio Dept. of Job & Family Services
Houlihan@amer-law.com, crogers@amer-collect.com;rschroeter@amer-collect.com;thoulihan@pacernotice.com

Thomas R Houlihan on behalf of Creditor Ohio Dept. of Taxation
Houlihan@amer-law.com, crogers@amer-collect.com;rschroeter@amer-collect.com;thoulihan@pacernotice.com

Melissa A. Jones on behalf of Creditor FDIC as Receiver for Tennessee Commerce Bank
mjones@frantzward.com, dlbeatrice@frantzward.com

Scott A King on behalf of Defendant HSBC Bank USA NA Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-8
scott.king@thompsonhine.com, diane.macleod@thompsonhine.com;mary.romanak@thompsonhine.com

Scott A King on behalf of Defendant Wells Fargo Bank NA,
scott.king@thompsonhine.com, diane.macleod@thompsonhine.com;mary.romanak@thompsonhine.com

Jennifer L. Maffett on behalf of Creditor HSBC Bank USA N.A.
thdaytonecf@thompsonhine.com, jennifer.maffett@thompsonhine.com

Jennifer L. Maffett on behalf of Creditor Wells Fargo Bank, NA
thdaytonecf@thompsonhine.com, jennifer.maffett@thompsonhine.com

Jennifer L. Maffett on behalf of Defendant HSBC Bank USA NA Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-8
thdaytonecf@thompsonhine.com, jennifer.maffett@thompsonhine.com

Jennifer L. Maffett on behalf of Defendant Wells Fargo Bank NA,
thdaytonecf@thompsonhine.com, jennifer.maffett@thompsonhine.com

Michael J O'Shea on behalf of Creditor Spirit SPE Portfolio 2007-1 LLC
michael@moshea.com, courtney@moshea.com

Michael J O'Shea on behalf of Plaintiff Spirit SPE Portfolio 2007-1 LLC
michael@moshea.com, courtney@moshea.com

Marlon A. Primes on behalf of Creditor United States of America, IRS
marlon.primes@usdoj.gov, susan.lowe@usdoj.gov

Beth Ann Schenz on behalf of Creditor THE HUNTINGTON NATIONAL BANK
bkecf@huntington.com

Richard P Schroeter, Jr on behalf of Creditor Ohio Dept. of Taxation
rschroeter@amer-collect.com, crogers@amer-collect.com

John W Solomon on behalf of Creditor Comerica Bank
jwsolomon@vorys.com, sasiciliano@vorys.com;mlteuscher@vorys.com

Elia O. Woyt on behalf of Creditor Comerica Bank
eowoyt@vorys.com, eowoyt@vorys.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Amy Good ust08 on behalf of U.S. Trustee United States Trustee
amy.l.good@usdoj.gov

Mail **SERVICE LIST**

American Express
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Asset Acceptance Llc
Attn: Bankruptcy
Po Box 2036
Warren, MI 48090

Bank Of America
Po Box 17054
Wilmington, DE 19850

BB&T Leasing Corp
2713 Forest Hills Rd.
Wilson, NC 27893

Beth Ann Schenz
Huntington Natl Bk
6101 W 130th St
Cleveland, OH 44130

Brookside Country Club
1800 Canton Ave NW

D:\Documents\Clients\Paxos\motion final decree.docx

Canton, OH 44708

Canton Municipal Court
P.O. Box 24218
Canton, OH 44701-4218

Carroll County Common Pleas
Clerk of Court - Civil
119 S Lisbon St, Ste 400
Carrollton, OH 44615

FIA Card Services
655 Papermill Rd
Newark, DE 19711

Fidelity Properties In
Po Box 2055
Alliance, OH 44601

Glenmoor Country Club
4191 Glenmoor Rd. NW
Canton, OH 44718

Hahn Loeser & Parks
200 Public Square, Suite 2800
Cleveland, OH 44114-2316

Huntington Natl Bk
Po Box 89424
Cleveland, OH 44101

Javitch Block & Rathbone
1100 Superior Ave Fl 19
Cleveland, OH 44114-2518

Joel K. Dayton
Black McKuskey & Sours
220 Market Ave S Ste 1000
Canton, OH 44702

Leslie L. Paxos
6495 Yost St NW
Canton, OH 44718

Massillion Municipal Court
Two James Duncan Plaza S.E.
Massillon, OH 44646-6690

Miracle Solutions Inc
355 Park Ave. West
Mansfield, OH 44906

Myron Cybyk
1878 Sedro Street
Cuyahoga Falls, OH 44221

D:\Documents\Clients\Paxos\motion final decree.docx

National City Bank
1 Cascade Plaza
Akron, OH 44308

Nick Paxos
1524 Eagle Watch NE
North Canton, OH 44721

Robert & Marian Manns
6576 Danforth Circle NW
Canton, OH 44718

Stark County Common Pleas
Clerk-Civil
115 Central Plaza N. Suite 101
Canton, OH 44702

Trnswrld Sys
2235 Mercury Way Ste 275
Santa Rosa, CA 95407

/s/ Frederic P. Schwieg
Frederic P. Schwieg

D:\Documents\Clients\Paxos\motion final decree.docx