**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 01:46 PM March 11, 2015**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE CHRISTOPHER PAXOS<br>*Debtor* | CASE NO. 12-61280-RK<br>JUDGE RUSS KENDIG<br>CHAPTER 11 |

### FINAL DECREE

The matter before the court is the Motion for Entry of Final Decree ("Motion"). A hearing on the Motion having been scheduled on the 27th day of January, 2015 at 10:00 A.M., all parties in interest having been duly served with notice, and no party in interest having appeared in opposition to the Motion, and the Court being fully apprised in the premises, IT IS ORDERED THAT:

1. Christopher Paxos, Debtor is released from his duties as debtor-in-possession of the estates of the above named Debtor;

2. The Chapter 11 case of the above named Debtor is closed.

###

Prepared By:
/s/ Frederic P. Schwieg
Frederic P. Schwieg (0030418)

2705 Gibson Drive
Rocky River, Ohio 44116-3008
(440) 499-4506
fax 398-0490
fschwieg@schwieglaw.com

ECF Service:
Via ECF:
The following is a list of the parties who are on the list to receive e-mail notice/service for this case:
Emily C. Barlage on behalf of Creditor FDIC as Receiver for Tennessee Commerce Bank
ebarlage@frantzward.com, dlbeatrice@frantzward.com

Edward J Boll, III on behalf of Defendant HSBC Bank USA NA Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-8
nohbk@lsrlaw.com

Edward J. Boll, III on behalf of Creditor Wells Fargo Bank, NA
nohbk@lsrlaw.com

Carrie M Brosius on behalf of Creditor Comerica Bank
cmbrosius@vorys.com, dmkamp@vorys.com

John A. Burnworth on behalf of Defendant Christopher Paxos
jburnworth@kwgd.com, mhelmick@kwgd.com

David E Butz on behalf of Debtor Christopher Frank Paxos
dbutz@kwgd.com, mhelmick@kwgd.com

David E Butz on behalf of Defendant Christopher Paxos
dbutz@kwgd.com, mhelmick@kwgd.com

David E Butz on behalf of Spec. Counsel Krugliak, Wilkins, Griffiths & Dougherty Co., LPA
dbutz@kwgd.com, mhelmick@kwgd.com

Jeremy M Campana on behalf of Creditor HSBC Bank USA N.A.
jeremy.campana@thompsonhine.com

Jeremy M Campana on behalf of Creditor Wells Fargo Bank, NA
jeremy.campana@thompsonhine.com

Thomas R Houlihan on behalf of Creditor Ohio Dept. of Job & Family Services
Houlihan@amer-law.com, crogers@amer-collect.com;rschroeter@amer-collect.com;thoulihan@pacernotice.com

Thomas R Houlihan on behalf of Creditor Ohio Dept. of Taxation
Houlihan@amer-law.com, crogers@amer-collect.com;rschroeter@amer-collect.com;thoulihan@pacernotice.com

Melissa A. Jones on behalf of Creditor FDIC as Receiver for Tennessee Commerce Bank
mjones@frantzward.com, dlbeatrice@frantzward.com

Scott A King on behalf of Defendant HSBC Bank USA NA Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-8
scott.king@thompsonhine.com, diane.macleod@thompsonhine.com;mary.romanak@thompsonhine.com

Scott A King on behalf of Defendant Wells Fargo Bank NA,
scott.king@thompsonhine.com, diane.macleod@thompsonhine.com;mary.romanak@thompsonhine.com

Jennifer L. Maffett on behalf of Creditor HSBC Bank USA N.A.
thdaytonecf@thompsonhine.com, jennifer.maffett@thompsonhine.com

Jennifer L. Maffett on behalf of Creditor Wells Fargo Bank, NA
thdaytonecf@thompsonhine.com, jennifer.maffett@thompsonhine.com

Jennifer L. Maffett on behalf of Defendant HSBC Bank USA NA Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-8
thdaytonecf@thompsonhine.com, jennifer.maffett@thompsonhine.com

Jennifer L. Maffett on behalf of Defendant Wells Fargo Bank NA,
thdaytonecf@thompsonhine.com, jennifer.maffett@thompsonhine.com

Michael J O'Shea on behalf of Creditor Spirit SPE Portfolio 2007-1 LLC
michael@moshea.com, courtney@moshea.com

Michael J O'Shea on behalf of Plaintiff Spirit SPE Portfolio 2007-1 LLC
michael@moshea.com, courtney@moshea.com

Marlon A. Primes on behalf of Creditor United States of America, IRS
marlon.primes@usdoj.gov, susan.lowe@usdoj.gov

Beth Ann Schenz on behalf of Creditor THE HUNTINGTON NATIONAL BANK
bkecf@huntington.com

Richard P Schroeter, Jr on behalf of Creditor Ohio Dept. of Taxation
rschroeter@amer-collect.com, crogers@amer-collect.com

John W Solomon on behalf of Creditor Comerica Bank
jwsolomon@vorys.com, sasiciliano@vorys.com;mlteuscher@vorys.com

Elia O. Woyt on behalf of Creditor Comerica Bank
eowoyt@vorys.com, eowoyt@vorys.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Amy Good ust08 on behalf of U.S. Trustee United States Trustee
amy.l.good@usdoj.gov