Northern District Of Ohio
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 12−61280−rk**

**In re:**
Christopher Frank Paxos
**Aka** −Chris Paxos
7237 Brycewood Cir
North Canton, OH 44720

**Social Security No.:**
xxx−xx−6227

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☒ The Chapter 11 case of the debtor(s) is closed; and

☐ Other provisions as needed.


**Dated:** March 12, 2015                               /s/ Russ Kendig
Form ohnb136                                            United States Bankruptcy Judge